# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND DIVISION

| | |
|---|---|
| JOSHUA MOREHOUSE,<br>Individually and on behalf of all others<br>similarly situated<br><br>        Plaintiff,<br><br>v.<br><br>McCLINTON ENERGY GROUP, L.L.C. and<br>MOTOR MILLS SNUBBING, L.L.C.<br><br>        Defendants | § § § § § § § § § § § § § Civil Action No. 7:15-cv-00057<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION<br>PURSUANT TO 29 U.S.C. § 216(b) |

## **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendants McClinton Energy Group, L.L.C. ("McClinton") and Motor Mills Snubbing, L.L.C. ("MMS") (collectively, "Defendants") provide the following information:

Defendant McClinton Energy Group, LLC is a limited liability company with no parent company. No publicly held corporation owns 10% or more of McClinton Energy Group, LLC's stock.

Defendant McClinton Energy Group, LLC is the parent company for Defendant Motor Mills Snubbing, LLC. No publicly held corporation owns 10% or more of Motor Mills Snubbing, LLC's stock.

The persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case are:

1. Plaintiff Joshua Morehouse;

2. William Clifton Alexander, Craig M. Sico, SICO, WHITE, HOELSCHER, HARRIS & BRAUCH LLP, Attorneys for Plaintiff;

3. Defendant McClinton Energy Group, LLC; and

4. Defendant Motor Mills Snubbing, LLC.

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ Dennis A. Clifford
    Dennis A. Clifford
    Texas Bar No. 24050431
    Linda C. Schoonmaker
    Texas Bar No. 17806300
    Rachel M. Hoffer
    Texas Bar No. 24065432
    SEYFARTH SHAW LLP
    700 Milam Street, Suite 1400
    Houston, Texas 77002-2812
    Phone: (713) 225-2300
    Fax: (713) 225-2340
    dclifford@seyfarth.com
    lschoonmaker@seyfarth.com
    rhoffer@seyfarth.com

ATTORNEYS FOR DEFENDANTS
MCCLINTON ENERGY GROUP, L.L.C.
AND MOTOR MILLS SNUBBING, L.L.C.

## **CERTIFICATE OF SERVICE**

I certify that this document was served, on June 9, 2015, by the ECF method of service on the following attorneys of record:

Clif Alexander
Craig M. Sico
SICO, WHITE, HOELSCHER, HARRIS & BRAUCH LLP
802 N. Carancahua, Suite 900
Corpus Christi, Texas 78401

/s/ Dennis A. Clifford
Dennis A. Clifford