IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| **JOSHUA MOREHOUSE,** Individually and on behalf of all others similarly situated, | § § § | |
| **Plaintiff,** | § § § | |
| v. | § § | CASE NO.:  7:15-cv-00057-HLH |
| **McCLINTON ENERGY GROUP, L.L.C. and MOTOR MILLS SNUBBING, L.L.C.,** | § § § § | |
| **Defendant.** | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs Joshua Morehouse and Ronald Woodall, and Defendants McClinton Energy Group, L.L.C. and Motor Mills Snubbing, L.L.C. stipulate to dismissal of this action with prejudice, with each side to bear its own costs and fees.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ William Clifton Alexander w/ permission | /s/ Dennis A. Clifford |
| William Clifton (Clif) Alexander | Dennis A. Clifford |
| Texas Bar No. 24064805 | Texas Bar No. 24050431 |
| Craig M. Sico | Linda C. Schoonmaker |
| Texas Bar No. 18339850 | Texas Bar No. 17806300 |
| SICO, WHITE, HOELSCHER & BRAUGH, LLP | Rachel M. Hoffer |
| 900 Frost Bank Plaza | Texas Bar No. 24065432 |
| 802 N. Carancahua St. | SEYFARTH SHAW LLP |
| Corpus Christi, TX 78401 | 700 Milam Street, Suite 1400 |
| Phone: (361) 653-3300 | Houston, Texas 77002-2812 |
| Fax: 361/653-3333 | Phone: (713) 225-2300 |
| calexander@swhhb.com | Fax: (713) 225-2340 |
| csico@swhhb.com | dclifford@seyfarth.com |
| | lschoonmaker@seyfarth.com |
| ATTORNEYS FOR PLAINTIFFS | rhoffer@seyfarth.com |
| | ATTORNEYS FOR DEFENDANTS MCCLINTON ENERGY GROUP, L.L.C. AND MOTOR MILLS SNUBBING, L.L.C. |

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2015, the foregoing document was electronically transmitted to the Clerk of the Court for filing via the Court's ECF System, and service of Notice of Electronic Filing was made to the ECF registrants shown below:

Clif Alexander
Craig M. Sico
SICO, WHITE, HOELSCHER, HARRIS & BRAUCH LLP
802 N. Carancahua, Suite 900
Corpus Christi, Texas 78401

*/s/ Dennis A. Clifford*
Dennis A. Clifford

## CERTIFICATE OF CONFERENCE

I hereby certify that Clif Alexander, counsel for Plaintiffs, has agreed to entry of this stipulation.

*/s/ Dennis A. Clifford*
Dennis A. Clifford